No. 83–6172. LEUSCHNER v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 83–6174. DUNLAP v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 83–6178. HARRIS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 83–6179. HOWELL v. TRUMPOWER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 83–6180. HOWELL v. DEWITT, SHERIFF. C. A. 4th Cir. Certiorari denied.

No. 83–6185. MCMINN v. WHITFIELD ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–6187. PLATEL v. MAGUIRE, VOORHIS & WELLS ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 83–6188. VEREEN v. NEWSOME, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–6191. HARRIS v. LEZAK, U. S. PROSECUTOR FOR THE DISTRICT OF OREGON. C. A. 9th Cir. Certiorari denied.

No. 83–6207. YOUNGERMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–6209. COHEN v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 83–6222. EDWARDS v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied.

No. 83–6236. SNIDER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–6240. LOVELACE v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 83–6244. CAMPBELL v. KELLEY, ATTORNEY GENERAL OF MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.